UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| SANDRA ELLIOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 5:15-CV-184-D |
| | ) | |
| LEE LIN TART MALONE, and | ) | |
| THE TART LAW GROUP, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief  United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** the court DISMISSES plaintiff's complaint as frivolous. The clerk shall close the case.

**This Judgment Filed and Entered on October 13, 2015, and Copies To:**

Sandra Elliott  (via U.S Mail, Alderson - FPC, Glen Ray Rd. - Box A, Alderson, WV 24910 )

DATE                                           **JULIE RICHARDS JOHNSTON, CLERK**

October 13, 2015                               By:     /s/ Crystal Jenkins _____
                                                       Deputy Clerk