IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-184-D

| | |
|---|---|
| SANDRA ELLIOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LEE LIN TART MALONE, et al., ) | |
| ) | |
| Defendants. ) | |

On October 13, 2015, the court reviewed Elliott's complaint pursuant to 28 U.S.C. § 1915A and dismissed plaintiff's complaint as frivolous [D.E. 7]. Elliott seeks reconsideration of the court's dismissal of her complaint [D.E. 9].

The court has considered Elliott's motion for reconsideration under the governing standard. See Fed. R. Civ. P. 59(e); Zinkand v. Brown, 478 F.3d 634, 637 (4th Cir. 2007); Bogart v. Chapell, 396 F.3d 548, 555 (4th Cir. 2005); Dennis v. Colleton Med. Ctr., Inc., 290 F.3d 639, 653 (4th Cir. 2002); Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); Hughes v. Bedsole, 48 F.3d 1376, 1382 (4th Cir. 1995). The motion for reconsideration [D.E. 9] lacks merit and is DENIED.

SO ORDERED. This 26 day of February 2016.

JAMES C. DEVER III
Chief United States District Judge